# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF134
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 240828058173 | $55,315.00 | 8/24/2024 | ENA-2001B | 6/1/2024 | $55,315.00 |
| | 240821970712 | $3,134.00 | 8/20/2024 | ENA-2006B | 6/1/2024 | $3,134.00 |
| | 240905181696 | $58,962.50 | 8/31/2024 | ENA-2003 | 6/1/2024 | $58,962.50 |
| | 240905181696 | $52,300.00 | 8/31/2024 | ENA-2002 | 6/1/2024 | $52,300.00 |
| **Total Transfers** | **4** | **$169,711.50** | | | | **$169,711.50** |